

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
                    Plaintiff

                    -vs

GUFRAN AHMED KAUSER MOHAMMED
                                    Defendant

CASE NUMBER: CR: __13 - 20364__

REPORT COMMENCING CRIMINAL ACTION

__O1763 - 104__
USMS NUMBER

TO: CLERK'S OFFICE       (MIAMI)     FT. LAUDERDALE      W. PALM BEACH
U.S. DISTRICT COURT                  (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) DATE AND TIME OF ARREST: __8/6/2013__                              A M ____  P M ____

(2) LANGUAGE SPOKEN: __ENGLISH__

(3) OFFENSE (S) CHARGED: __18 USC 2339(b)   Material support to a Foreign Terrorist Organization__

(4) DATE OF BIRTH: __04/04/1983__

(5) TYPE OF CHARGING DOCUMENT:        (CHECK ONE)
     {X} INDICTMENT      { } COMPLAINT TO BE FILED/ALREADY FILED
     { } BENCH WARRANT FOR FAILURE TO APPEAR
     { } PROBATION VIOLATION WARRANT
     { } PAROLE VIOLATION WARRANT
     ORINGINATING DISTRICT: __Southern District of Florida__

6) REMARKS: _____

7) DATE : __8/7/2013__  ( 8) ARRESTING OFFICER: __SA Jonathan H. Kath__

9) AGENCY: __FBI__                    (10) PHONE: __305-787-6162__

11)COMMENTS: