



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**
              Plaintiff

                    -vs

_Mohamed Hussein Said_
                    Defendant

**CASE NUMBER: CR:** _13-20364_

**REPORT COMMENCING CRIMINAL ACTION**

_01764 - 104_
              **USMS NUMBER**

TO: CLERK'S OFFICE          (MIAMI)          FT. LAUDERDALE          W. PALM BEACH
U.S. DISTRICT COURT                          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER (N/A)

(1) **DATE AND TIME OF ARREST:** _8|6|13_ _____ A M _____ P M _____

(2) **LANGUAGE SPOKEN:** _English_

(3) **OFFENSE (S) CHARGED:** _Section 2339 B(a)(1) Conspire Material Support to FTO._
_2339 B(a)(1) Attempting to Provide Material Support_

(4) **DATE OF BIRTH:** _11|10|87_

(5) **TYPE OF CHARGING DOCUMENT:**          (CHECK ONE)
   {X} INDICTMENT          { } COMPLAINT TO BE FILED/ALREADY FILED
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORINGINATING DISTRICT: _____

6) REMARKS: _____

7) DATE : _8|7|13_ _____ ( 8) ARRESTING OFFICER: _Justin Akers_

9) AGENCY: _FBI_ _____ (10) PHONE: _____

11)COMMENTS: