AO 442 (Rev. 01/09) Arrest Warrant

FBI 9234955

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13-20364 |
| MOHAMED HUSSEIN SAID, | ) | CR-UNGARO /TORRES |
| | ) | |
| Defendant | ) | |

SEALED INDICTMENT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MOHAMED HUSSEIN SAID,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiring to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B(a)(1); and
Attempting to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18, United States Code, Section 2339B(a)(1).

FILED by _____ D.C.
AUG 20 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Date: 5/21/13

RECEIVED
MAY 2013
S/FL
WARRANTS

*Issuing officer's signature*
Steven M. Larimore

City and state:   Miami, Florida

Court Administrator & Clerk of Court
*Printed name and title*

### Return

| This warrant was received on *(date)* 05-22-13, and the person was arrested on *(date)* 08-07-13 |
| at *(city and state)* Saudi Arabia and brought back to Miami, FL by FBI. |

Date: 08-09-13

BY:  JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*

NEIL DESOUSA, Acting U.S. Marshal, SD/FL
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: MOHAMED HUSSEIN SAID

PRE-TRIAL DETENTION
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Brian K. Frazier


Last Known Address: _____

What Facility: _____

Agent(s):   S/A Justin A. Akers, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)