UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20364-CR-UNGARO/Torres

UNITED STATES OF AMERICA

v.

GUFRAN AHMED KAUSER MOHAMMED,
   a/k/a "Nasr,"
   a/k/a "AuthenticTauheed1,"
   a/k/a "NasrullahiKareeb,"
   a/k/a "NasrullahiQareeb,"
   a/k/a "Kauser Mohammed,"
   a/k/a "csitcr,"
   a/k/a "muwahidone1," and
MOHAMED HUSSEIN SAID,
   a/k/a "Bill,"
   a/k/a "Billph86,"
   a/k/a "Mohammed Salem bin Abdisheikh,"
   a/k/a "Mohamed Hussein,"
   a/k/a "Abdul-Rahman Abdul Rahim,"
   a/k/a "Tibyan,"

                Defendants.
_____/

## GOVERNMENT'S NOTICE
## PURSUANT TO RULE 404(B)

      Pursuant to Fed. R. Evid. 404(b), Local Rule 88.10(h), and the Standing Discovery Order, the United States of America hereby provides notice of evidence it intends to admit in its case-in-chief against Defendant Gufran Mohammed. Out of an abundance of caution, the government notes that it may not consider all of the evidence set forth below to be covered under Rule 404(b) because certain of that evidence may be either necessary to complete the narrative of the charged offenses or inextricably intertwined with evidence regarding the charged offenses. To the extent that any of

the evidence set forth below is construed to fall under Rule 404(b), it will be introduced to show intent, knowledge, plan, identity, and absence of mistake.

On or about December 15, 2012, in Jeddah, Saudi Arabia, Mohammed met in person with a purported associate of an FBI Online Covert Employee ("OCE") who was posing as an al-Qa'ida in Iraq/al-Nusrah Front ("AQI/al-Nusrah Front") facilitator. At that meeting, in addition to the gift of 14,400 Saudi Arabian riyals intended for AQI/al-Nusrah Front, charged as Overt Act 44 in the Indictment, Mohammed gave the purported OCE associate one gold bar weighing 100 grams. Mohammed stated that the gold bar should be used specifically to support the Afghan Taliban, a group that commits acts of terrorism.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: s/ Brian K. Frazier
    Brian K. Frazier
    Court No. A5500476
    Ricardo A. Del Toro
    Fla. Bar No. 597585
    Assistant United States Attorneys
    99 N.E. 4th Street
    Miami, Florida 33132
    Tel: (305) 961-9000
    Fax: (305) 536-4675

    Jolie F. Zimmerman
    Trial Attorney, Counter-terrorism Section
    United States Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530
    Tel: (202) 514-1453
    Fax: (202) 514-8714

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, I electronically filed the foregoing Government's Notice Pursuant to 404(b) with the Clerk of the Court using CM/ECF.

By: s/ Brian K. Frazier
Brian K. Frazier