**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-20364-CR-UNGARO/Torres**

**UNITED STATES OF AMERICA**

**v.**

**GUFRAN AHMED KAUSER MOHAMMED,**
    **a/k/a "Nasr,"**
    **a/k/a "AuthenticTauheed1,"**
    **a/k/a "NasrullahiKareeb,"**
    **a/k/a "NasrullahiQareeb,"**
    **a/k/a "Kauser Mohammed,"**
    **a/k/a "csitcr,"**
    **a/k/a "muwahidone1," and**
**MOHAMED HUSSEIN SAID,**
    **a/k/a "Bill,"**
    **a/k/a "Billph86,"**
    **a/k/a "Mohammed Salem bin Abdisheikh,"**
    **a/k/a "Mohamed Hussein,"**
    **a/k/a "Abdul-Rahman Abdul Rahim,"**
    **a/k/a "Tibyan,"**

        **Defendants.**
_____/

**GOVERNMENT'S THIRD SUPPLEMENTAL**
**RESPONSE TO STANDING DISCOVERY ORDER**

Pursuant to Fed. R. Crim. P. 16 and Local Rule 88.10, the United States of America hereby files its Third Supplemental Response to the Standing Discovery Order.   This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.   Available for production are the following:

    A.    1.    Written statements of Defendants Gufran Mohammed and Mohamed Said.

            5.    Copies or images of books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case-in-chief, or which were obtained from or belonging to the defendants.

The foregoing items will be produced in one (1) computer hard drive containing the results of physical searches of various electronic media.  Please contact the undersigned Assistant United States Attorneys to make arrangements for the production of this material.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY


By: /s/ Brian K. Frazier
    Brian K. Frazier
    Court No. A5500476
    Ricardo A. Del Toro
    Fla. Bar No. 597585
    Assistant United States Attorneys
    99 N.E. 4th Street
    Miami, Florida 33132
    Tel: (305) 961-9000
    Fax: (305) 536-4675

    Jolie F. Zimmerman
    Trial Attorney, Counter-terrorism Section
    United States Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530
    Tel: (202) 514-1453
    Fax: (202) 514-8714

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2013, I electronically filed the foregoing Government's Third Supplemental Response to the Standing Discovery Order with the Clerk of the Court using CM/ECF.   I further certify that as of December 10, 2013, I have made available for production the aforementioned computer hard drive to the following:

> Helaine Batoff, Esq.
> Federal Public Defender's Office
> 150 West Flagler Street, Suite 1500
> Miami, FL 33130
> Counsel for Defendant Gufran Mohammed
>
> Silvia Pinera-Vazquez, Esq.
> Pinera-Vazquez Law Firm
> CCM International Center
> 1900 S.W. 3rd Avenue
> Miami, FL 33129
> Counsel for Defendant Mohamed Said

> /s/ Brian K. Frazier
> Brian K. Frazier