UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20364-CR-UNGARO/Torres

UNITED STATES OF AMERICA

v.

GUFRAN AHMED KAUSER MOHAMMED,
   a/k/a "Nasr,"
   a/k/a "AuthenticTauheed1,"
   a/k/a "NasrullahiKareeb,"
   a/k/a "NasrullahiQareeb,"
   a/k/a "Kauser Mohammed,"
   a/k/a "csitcr,"
   a/k/a "muwahidone1," and
MOHAMED HUSSEIN SAID,
   a/k/a "Bill,"
   a/k/a "Billph86,"
   a/k/a "Mohammed Salem bin Abdisheikh,"
   a/k/a "Mohamed Hussein,"
   a/k/a "Abdul-Rahman Abdul Rahim,"
   a/k/a "Tibyan,"

                Defendants.
_____/

## GOVERNMENT'S SUPPLEMENTAL
## NOTICE PURSUANT TO RULE 404(B)

Pursuant to Fed. R. Evid. 404(b), Local Rule 88.10(h), and the Standing Discovery Order, the United States of America hereby provides notice of evidence it intends to admit in its case-in-chief against Defendant Gufran Mohammed. Out of an abundance of caution, the government notes that it may not consider all of the evidence set forth below to be covered under Rule 404(b) because certain of that evidence may be either necessary to complete the narrative of the charged offenses or inextricably intertwined with evidence regarding the charged offenses. To the extent that any of the evidence set forth below is construed to fall under Rule 404(b), it

will be introduced to show intent, knowledge, plan, identity, and absence of mistake.

Beginning no later than in or about July 2009, while Defendant Gufran Mohammed still resided in the United States, Mohammed corresponded with various account holders on YouTube, the video-sharing website, about how to support the violent jihad taking place in Somalia. Mohammed himself expressed an interest in traveling to Somalia to fight and solicited advice from trusted YouTube members about the best and safest arrangements to make in that regard. Moreover, Mohammed discussed funding others who wanted to fight in Somalia and explicitly stated on YouTube that he was willing to send Western Union or MoneyGram wire transfers to Kenya, which could then be forwarded to Somalia to support violent jihad.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY


By: /s/ Brian K. Frazier
    Brian K. Frazier
    Court No. A5500476
    Ricardo A. Del Toro
    Fla. Bar No. 597585
    Assistant United States Attorneys
    99 N.E. 4th Street
    Miami, Florida 33132
    Tel: (305) 961-9000
    Fax: (305) 536-4675

    Jolie F. Zimmerman
    Trial Attorney, Counter-terrorism Section
    United States Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, DC 20530
    Tel: (202) 514-1453
    Fax: (202) 514-8714

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2014, I electronically filed the foregoing Government's Supplemental Notice Pursuant to Rule 404(b) with the Clerk of the Court using CM/ECF.

/s/ Brian K. Frazier
Brian K. Frazier