**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 13-20364-CR-UNGARO/Torres**

**UNITED STATES OF AMERICA**

**v.**

**GUFRAN AHMED KAUSER MOHAMMED,**
   a/k/a "Nasr,"
   a/k/a "AuthenticTauheed1,"
   a/k/a "NasrullahiKareeb,"
   a/k/a "NasrullahiQareeb,"
   a/k/a "Kauser Mohammed,"
   a/k/a "csitcr,"
   a/k/a "muwahidone1," and
**MOHAMED HUSSEIN SAID,**
   a/k/a "Bill,"
   a/k/a "Billph86,"
   a/k/a "Mohammed Salem bin Abdisheikh,"
   a/k/a "Mohamed Hussein,"
   a/k/a "Abdul-Rahman Abdul Rahim,"
   a/k/a "Tibyan,"

                         **Defendants.**
_____/

**CIPA SECTION 4 ORDER**

**UNCLASSIFIED ORDER APPROVING CLASSIFIED**
**SUMMARIES PURSUANT TO CIPA SECTION 4 AND**
**FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

This matter has come before the Court on the Government's Classified *In Camera, Ex Parte* Memorandum of Law and Motion for an Order Pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, filed January 6, 2014 (CIPA Motion).  Having reviewed the Government's CIPA Motion and attachments, the relevant law, and being fully advised in the premises, the Court concludes that good cause exists for granting, in part, the motion of the United States.  The Court reserves

ruling at this time on the remainder of the Government's requested relief.  After *ex parte, in camera* inspection and consideration of the Government's motion and attachments, the Court concludes that:

1.      Defendants are charged in an indictment with one count of Conspiracy To Provide Material Support to Foreign Terrorist Organizations and multiple counts of Attempting To Provide Material Support to Foreign Terrorist Organizations, in violation of 18 U.S.C. § 2339B.

2.      On January 6, 2014, the United States of America, by and through its attorneys of record, moved, *ex parte, in camera*, and under seal, pursuant to Section 4 of the Classified Information Procedures Act (CIPA), 18 U.S.C. app. 3, and Fed. R. Crim. P. 16(d)(1) for authorization to provide classified summaries of a subset of the Classified Materials that the Government has determined is at least arguably relevant and helpful to the defense (the Classified Subset).

3.      Through the declaration of a United States Government official that the Government submitted with the CIPA Motion, the Government has properly invoked its classified information and national security privilege with respect to the Classified Subset.

4.      The CIPA Motion was properly filed *ex parte, in camera*, for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1).  The Court has conducted an *ex parte, in camera*, review of the classified CIPA motion and memorandum of law, declaration, and attachments.

5.      The disclosure of the Classified Subset at this time would cause serious damage to the national security.

6.      The "relevant and helpful" standard adopted to CIPA Section 4 in *United States v. Yunis*, 867 F.2d 617 (D.C. Cir. 1989) (and originally articulated in *United States v. Roviaro*, 353

U.S. 53 (1975)), is the appropriate standard by which to analyze the discoverability of classified information where, as here, the government has properly invoked the national security and classified information privilege.

7.      The Court finds that the Government's proposed summaries of the Classified Subset adequately protect defendants' interests and may be provided to cleared defense counsel in lieu of the underlying classified documents. *See United States v. Dumeisi*, 424 F.3d 566, 578 (7th Cir. 2005) (approving substitution of unclassified summary in place of classified information); *United States v. Rezaq*, 134 F.3d 1121, 1142-43 (D.C. Cir. 1998) (approving district court's CIPA substitution rulings where "[n]o information was omitted from the substitutions that might have been helpful to Rezaq's defense"); *United States v. Rahman*, 870 F.Supp. 47, 53 (S.D.N.Y. 1994) ("[I]t is sufficient to disclose the substance of the information [in the CIA's possession] . . . . The document itself need not be disclosed.").

Accordingly, pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. app. 3, and Fed. R. Crim. P. 16(d)(1), IT IS HEREBY ORDERED that:

1.      The CIPA Motion of the United States is hereby GRANTED in part.

2.      The classified summaries of the Classified Subset may be provided to cleared defense counsel in lieu of the underlying classified documents.

3.      The Court reserves judgment as to the remaining issues addressed in the Government's CIPA Motion.

4.    The CIPA Motion and its attachments are hereby SEALED and shall be retained in accordance with established security procedures until further order of this Court.

**DONE and ORDERED** in Chambers at Miami, Florida, on _Mar. 11_____, 2014.

_____
THE HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

4