UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20364-CR-UNGARO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GUFRAN AHMED KAUSER MOHAMMED
MOHAMED HUSSEIN SAID

Defendants.
_____/

**ORDER SETTING** STATUS CONFERENCE

THIS MATTER is hereby set for STATUS CONFERENCE before the Hon. Judge Ursula Ungaro, at the United States District Court, Eleventh Floor Courtroom, 400 North Miami Avenue, 12-4 Miami, Florida on JUNE 27, 2014 @ 3:00 P.M.

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this 22nd day of May, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record