UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-20364-CR-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUFRAN AHMED KAUSER MOHAMMED,

        Defendants.
_____/

## ORDER SETTING PLEA DATE

THIS MATTER is hereby set for PLEA before the Hon. Judge Ursula Ungaro, at the United States District Court, Eleventh Floor Courtroom, 400 North Miami Avenue, 12-4 Miami, Florida on **JULY 10, 2014 at 11:30 A.M.**

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this 2 day of July, 2014.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record