

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20364-CR-UNGARO

**UNITED STATES OF AMERICA,**
   PLAINTIFF,

VS.

**GUFRAN A. MOHAMMED**
   DEFENDANT,
_____/

## MOTION TO WITHDRAW COUNSEL

**COMES NOW,** the defendant, Gufran A. Mohammed, hereby movant, files this motion to withdraw, Helaine B. Batoff, as counsel. The defendant states the following:

1) Ms. Batoff at no time explain to me the true consequence of plea that I was entering. Ms. Batoff informed me that at the change of plea, that I need to agree with everything that the court was asking me.

2) Ms. Batoff misguided me about the guidelines, and coerced me into signing the plea agreement. Ms. Batoff place the agreement on the table and did not speak to me until I signed the agreement.

3) To date, I have not received a copy of my Presentencing Investigation Report, I want to make objections if needed so that I may appeal if the Court choices to deny my objections.

4) Ms. Batoff, has not given me the overly zealous counsel that was portray to be when we first meet.

## CONCLUSION

WHEREFORE, defendant request that Ms. Batoff be remove as counsel of record and that Court appointed a new counsel, for the defendant does not feel comfortable with Ms. Batoff representation.

## CERTIFICATION OF SERVICE

I **HEREBY CERTIFY** that the foregoing is a true and correct copy that was mailed/ hand delivered to the United States Clerk's of Courts, 400 North Miami Avenue, Miami, FL 33128, on this 7 day of **October, 2014.**

_____
Gufran A. Mohammed