UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-20364-CR-UNGARO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

GUFRAN A. MOHAMMED,

      Defendant.

                            /

## DEFENDANT GUFRAN A. MOHAMMED'S OBJECTIONS AND/OR CORRECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

The Defendant, Gufran A. Mohammed, respectfully files the following objections and/or corrections to the Presentence Investigation Report ("PSI") in this matter, which was disclosed on October 6, 2014.

**1.  Objection to Paragraph 8:**

Paragraph 8 of the PSI states that Mr. Mohammed abused his telephone privileges while incarcerated at the Federal Detention Center ("FDC") on November 26, 2013.  Specifically, the PSI states, Mr. Mohammed is alleged to have "caused the disruption of telephone monitoring which is carried out by corrections officers."  This allegation is not true.

Mr. Mohammed was charged with a violation of the rules relating to a telephone call placed to his parents in California on November 26, 2013.  Specifically, it was alleged that he placed a three-way call, which is prohibited at FDC.  The conversation in question took place in the Urdu language, Mr. Mohammed's native tongue.  The FDC officer who monitored the call mistakenly believed that Mr. Mohammed placed a three-way call, but this was not the case.

1

As a result of the alleged violation, Mr. Mohammed was placed in the Special Housing Unit ("SHU") for a period of 5 days and lost his telephone privileges for six months.  Contrary to the assertion in the PSI, Mr. Mohammed never admitted to making a three-way call or violating his phone privileges in any way.  He appealed the decision of the Disciplinary Hearing Officer ("DHO") who found that had violated his phone privileges, but the appeal was denied.

Undersigned counsel requested the recording of the November 26, 2013 call from the legal department of FDC, but was told to file a Freedom of Information Act ("FOIA") request.  Undersigned counsel filed the FOIA request and was eventually provided with a copy of the recording in question.

As stated above, the conversation in the recording takes place in Urdu.  A rough translation of the call is attached as Exhibit A.  Some background is necessary to explain what takes place during the conversation.

When he was first incarcerated at FDC, Mr. Mohammed asked his father to obtain a local "magic jack" phone line due to the extremely high cost of making long distance calls from FDC.  Mr. Mohammed's father did obtain a local "305" line, but Mr. Mohammed was having difficulty reaching him on that line.  During the November 26, 2013 conversation, Mr. Mohammed speaks to his father about this difficulty.  Mr. Mohammed's father, while on the line with Mr. Mohammed, dials the magic jack number.  The sound of dialing and then ringing is heard on the recording.  While Mr. Mohammed's father is dialing the local number, he passes the phone to Mr. Mohammed's mother.  To someone who does not speak Urdu, this could sound like a three-way call is being placed.  Presumably, the FDC officer who monitored this call does not speak Urdu.  Consequently, because of this misunderstanding, Mr. Mohammed spent 5 days in SHU and could not communicate with his family on the telephone for a period of six months.

2. **Correction to Paragraph 59:**

At the beginning of his incarceration at FDC, Mr. Mohammed was placed in the Special Housing Unit ("SHU").  Specifically, he was in the SHU from August 2013 through October 2013.  In October 2013, Mr. Mohammed was moved to the general population at FDC.  Mr. Mohammed was later sent to the SHU for a period of 5 days in December 2013 due to his alleged violation of his telephone privileges.

3. **Correction to Paragraph 71:**

Paragraph 71 of the PSI states under Mr. Mohammed's assets that he has a personal checking account at Saudi Fransi Bank with a balance of $4500.00.  This account was seized by the authorities in Saudi Arabia and is no longer accessible to Mr. Mohammed.

**MICHAEL CARUSO**
**FEDERAL PUBLIC DEFENDER**

By:    */s/ Helaine Batoff*
Assistant Federal Public Defender
Florida Bar No.: 0418617
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax: (305) 536-4559
E-mail: helaine_batoff@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Helaine Batoff*