[OV] = Overlap
[UI]= Unintelligible
Arabic = Bold
English= Italic

[Phone rings]

Female voice in the background: You tell…

Male voice in the background: I am telling you…

*You have a pre-paid call.  You will not be charged for this call* [beep]…

Son:            Sir…

Mother:        Yes, Hello Assalamo-Alykum

*…An inmate at a federal prison. Hang up to decline or to accept, dial 5 now*. [Beep]

Father:        Hello (low voice)…

Son:           Assalam-o-Alykum

Father:         Walykum Salam

Son:            Is everything alright?

Father:         Is it not coming any of the magic one?

Son:           No, it doesn't come. It's only the same message saying, *if you want to make a call…*

Father:        Ah, huh huh…

Son:           …[OV] it's that automatic message coming. Do you get to talk if it's done from over there?

Father:        Yes. Ah Hmm Let me see, one minute. What else? Is everything ok?

Son:           Yes, everything is fine. **Praise be to God.** Is the number correct? 305-906.5654…

Father:        Ah hmmm 305…

Son:           [OV] 305…

Father:        …Hmm 906…

Son:        …yes.

Father:     5644.

Son:        Yes, that's the number being dialed.

Father:     Hmm 305-906…[beep, beep] 5654 [beep] [ring]

Son:        Can talk as well right?

Father:     Hmm here talk to her here for a minute.

Mother:     Huh hi son, happy? Assalam-o-Alykum

Son:        Walykum Salam. Is everything fine?

Mother:     Yes. Yes everything is fine thank God. **Praise be to God**. And are you fine?

Son:        Yes, **Praise be to God**. What, are you breathing (hard)?

Mother:     Oh no no. Were you calling brother?

Son:        No, I didn't call this week.

Mother:     You didn't. But yesterday brother was saying there was a message [UI] what he was saying.

Son:        No I didn't do it for 3 weeks.

Mother:     Brother changed his house…

Son:        Ok, ok.

Mother:     …changed his house. Went today

Son:        Ok, ok.

Mother:     He bought a house. Brother bought a house.

Son:        Ok, ok. Congratulation. Ok, ok.

Mother:     So he shifted to another house.

Son:        Ok, ok

Mother:     So they were putting the phone there but it didn't happen. It may take a week. [Phone rings in the background]

Son:        Ok. I didn't do it. 3 weeks… 4 weeks ago, 3 weeks ago I left a message. It is that one.

| | |
|---|---|
| Mother: | Ok, ok. Now he called. Now he was calling. He just called but then the sister in-law called so I told him that she is calling then I hung up. |
| Son: | Ok, ok. |
| Mother: | But you can do it. He has a phone with him. He connected it yesterday. |
| Son: | What did he connect? Phone? Oh ok. |
| Mother: | Phone. He took a set a phone and connected it in the house. That's what he was saying. |
| Son: | Ok, it's not a problem. Is everything else fine? |
| Mother: | Yes. Everything is fine, thank God. **Praise be to God.** |
| Son: | Ok, ok. |
| Father: | It's coming here. Did they block anyone over there in India? |
| Son: | Yes, its perhaps. [UI] |
| Father: | Yes, yes. |
| Son: | I will let you know. I will ask my counselor if they allow magic jack or not. I will ask and find out and I will let you know. |
| Father: | Anyway had done it before. |
| Son: | It came once in the beginning then it never came. |
| Father: | Hmm |
| Son: | Then it never came. |
| Father: | What did the message say now? What did it say now? |
| Son: | *If you…if you like to make any call in the US*. It said something like that after that the message started in female voice you know, the one that says *press 5*. |
| Father: | Hmm |
| Son: | After that his message started. The actual message is coming from over there. |
| Father: | Hmmm I don't know what it is. |
| Son: | Ah huh. |
| Father: | From here…it's going from here. When you do it from here, it goes there. |
| Son: | Ok, ok, ok. |

Father:     Hmmm what else? Is everything fine?

Son:        Yes, **Praise be to God**. It's the mercy of God.

Father:     Huh.

Son:        Is everything fine there?

Father:     Yes, everything is fine, **thank God.**

Son:        And you were coming you were saying right? Are you coming?

Father:     Yes. We were coming but there is an appointment, after that.

Son:        Ok. Come at your leisure.  It's not a problem. In a month…if you want, I can talk to the counselor first to give me two hours…to give me permission for two hours.

Father:     No, I will let you know before doing that.

Son:        Ok, ok.

Father:     The appointment is in January so tell him to do it after that.

Son:        Oh ok.

Father:     We will see it then.

Son:        Yes, it's fine. Now the tickets are expensive too.

Father:     The cheap tickets. Is the internet work there?

Son:        No, it's only for the email. And there is a law library with the law books for reading. That's the only thing you can do.

Father:     Can you watch the news?

Son:        For the news, some people order newspapers. Those people circulate them once they finish reading them and then other people read them. But there are only news about laws on the computer, you can only read about laws. If there are any new laws in courts here or anything like that. Every month or every week something like that comes up. What you call that. An article comes up.

Father:     What else? Has anything found out about the case?

Son:        They said they will do the case in July if God's will…judge's trial.

Father:     Hmm

Son:        Yes.

Father:      And do keep take care of your health.

Son:         Very well and you also both are fine?

Father:      Yes all is well, **Praise be to God.**

Son:         And is everything else ok?

Father:      Yes, everything is fine.

Son:         That's nice.

Father:      Here talk to her.

Son:         Ok, give it to her.

Mother:      Yes son. You do take care of your health. The aunty was saying to tell you that she is keeping you in her prayers and that you also keep her in your prayers.

Son:         That's very nice, and most definitely with **God's well**. Ok then, I will call again with God's well.

Mother:      Hmmm ok very well then.

Son:         Ok. Assalam-o-Alykum and do take care of your health.

Mother:      Walykum Salam.

Father:      [OV] Do ask about it.

Son:         What?

Mother:      He is saying to ask about the magic jack.

Son:         Yes, I will ask about it and I will let you know with **God's well.** I will talk to him.

Mother:      Ok then very well.

Son:         May God be with you, Assalam-o-Alykum.

Mother:      Walykum Salam.

[End of conversation]