UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20364-CR-UNGARO/Torres

UNITED STATES OF AMERICA

v.

MOHAMED HUSSEIN SAID,
   a/k/a "Bill,"
   a/k/a "Billph86,"
   a/k/a "Mohammed Salem bin Abdisheikh,"
   a/k/a "Mohamed Hussein,"
   a/k/a "Abdul-Rahman Abdul Rahim,"
   a/k/a "Tibyan,"

               **Defendant.**
_____/

## GOVERNMENT'S FOURTH
## SUPPLEMENTAL NOTICE
## PURSUANT TO RULE 404(B)

      Pursuant to Fed. R. Evid. 404(b), Local Rule 88.10(h), and the Standing Discovery Order, the United States of America hereby provides notice of evidence it intends to admit in its case-in-chief against Defendant Mohamed Said. Out of an abundance of caution, the government notes that it may not consider all of the evidence set forth below to be covered under Rule 404(b) because certain of that evidence may be either necessary to complete the narrative of the charged offenses or inextricably intertwined with evidence regarding the charged offenses. To the extent that any of the evidence set forth below is construed to fall under Rule 404(b), it will be introduced to show intent, knowledge, plan, identity, and absence of mistake.

      From at least in or about March 2011 through at least in or about May 2012, Defendant Mohamed Said worked with Gufran Mohammed, the main administrator of the Authentic

Tauheed chat room, to spot, assess, and recruit other chat room participants to join al-Shabaab or otherwise wage violent jihad. Said first met Mohammed online and then met him in Saudi Arabia in May 2011, where they finalized plans to support al-Shabaab. Afterwards, Mohammed increased his online recruitment efforts, having obtained Said as a reliable contact in East Africa who could facilitate travel and other arrangements. Said made himself available to support the movement of these recruits, as he had done for recruits from the United Kingdom in the past.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ Brian K. Frazier
Brian K. Frazier
Court No. A5500476
Ricardo A. Del Toro
Fla. Bar No. 597585
Assistant United States Attorneys
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9000
Fax: (305) 536-4675

Jolie F. Zimmerman
Trial Attorney, Counter-terrorism Section
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Tel: (202) 514-1453
Fax: (202) 514-8714

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2014, I electronically filed the foregoing Government's Fourth Supplemental Notice Pursuant to Rule 404(b) with the Clerk of the Court using CM/ECF.

/s/ Brian K. Frazier
Brian K. Frazier