AG 243 (Rev. 01/15)

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED by _PG_ D.C.

JAN 0 4 2016   Page 2

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

| United States District Court | District Southern District of Florida | |
|---|---|---|
| Name *(under which you were convicted)*: Gufron Ahmed Kauser Mohammed | | Docket or Case No.: 1:13-CR-20364 |
| Place of Confinement: FCI Mendota Mendota, CA | | Prisoner No.: 01763-104 |
| UNITED STATES OF AMERICA, | | Movant *(include name under which convicted)* |
| | V. Gufron Ahmed Kauser Mohammed | |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court Southern District Of Florida (Miami)

   (b) Criminal docket or case number (if you know): 1:13-CR-20364

2. (a) Date of the judgment of conviction (if you know): 12/23/14 (Amended) 12-30-14

   (b) Date of sentencing: 12/17/2014

3. Length of sentence: 180 Months

4. Nature of crime (all counts): 18: 2339, Conspiring to provide material Support to a Foreign Terrorist Organization

   eat/dlv 2255/510/MIA
   Case # _____
   Judge Ungaro   Mag _____
   Motn Ifp No   Fee pd $NO
   Receipt # _____

5. (a) What was your plea? (Check one)
   (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9.    If you did appeal, answer the following:

(a) ~~Name of court:~~ Petitioner has petitioned the Court for permission

(b) ~~Docket or case number (if you know):~~ to file a late appeal, Docket

(c) ~~Result:~~ # 254, FLSD, Docket 11/19/2015

(d)  Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

(g) Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐     No ☒

    If "Yes," answer the following:

(1) Docket or case number (if you know): _____ N/A

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised:

N/A

10.   Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
      Yes ☒     No ☐

11.   If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: United States District Southern Dist. Florida

     (2) Docket or case number (if you know): 13-20364

     (3) Date of filing (if you know): October 6, 2015

     (4)  Nature of the proceeding: Petition to file a direct appeal

     (5)  Grounds raised: Counsel failed to perfect an appeal, did not file an anders Brief - did not explain

AO 243 (Rev. 01/15) the appeal process, in fact told Petitioner that he could not appeal his sentence.

Ineffective assistance of Counsel

Page 4

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☑   Pending ?

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐    No ☐

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐    No ☐    N/A

(2) Second petition:   Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

Pending _____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                              Page 5

**GROUND ONE:**  Ineffective Assistance Of Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel failed to effectively advocate on Petitioner's behalf when it allowed the Government to include a 12 level enhancement/bump up, where such conduct was already covered by the charges contained in the indictment. Counsel infact acquiesce to the 12 level enhancement, without any consultation with Petitioner. The 12 level enhancement was applied in violation of Petitioners right to due process.

(b) **Direct Appeal of Ground One:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2)  If you did not raise this issue in your direct appeal, explain why:

Have not filed Direct

(c) **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ 

Result (attach a copy of the court's opinion or order, if available):

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

_____

**GROUND TWO:** Unconstitutional Duress, Violation of Due Process.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner's conviction was obtained as a result of unconstitutional duress, where he had been held in custody in Saudi Arabia for half a year in solitary confinement, with no due process, interrogated and assaulted physically, (a softing-up), as one whom has never been incarcerated the trauma of such an ordeal rendered Petitioner incapable of rational and logical decision making when faced with a 360-life sentence, and ineffective counsel, or counsel in concert with the AUSA's office

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☐

N/A

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

_____ N/A _____

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3)   Did you receive a hearing on your motion, petition, or application?
        Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?
        Yes ☐        No ☐                                                    N/A

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):                    N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


**GROUND THREE:** Disproportionate Sentence

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner asserts that his sentence was/is dispro-
portionate to other sentences for the same
conduct. That the District Court failed to consider
Petitioner's sentence "individually" or to take

AO 243 (Rev. 01/15) into consideration that Petitioner was an ^Page 8^ individual and not a statistic. Petitioner asserts that he was given a statutory maximum sentence in violation of U.S. v. Booker. Petitioner asserts that the district judge did not state specific reasons for imposing a sentence outside the applicable sentencing range.

(b) **Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☑

    (2)  If you did not raise this issue in your direct appeal, explain why:

        did not file direct appeal (pending Petition)

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☑

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ N/A _____

    Name and location of the court where the motion or petition was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____ N/A _____

    Result (attach a copy of the court's opinion or order, if available):

    _____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?  N/A

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    _____ N/A

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue: Did not receive appeal, Counsel stated that she would appeal, however, there was no Anders brief and I did not have contact with Counsel.

**GROUND FOUR:**

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

Petitioner's Counsel was ineffective in failing to advise defendant of the right to appeal where the defendant could have been expected to appeal. Counsel at first stated to Petitioner that he could not appeal. Later Counsel stated that she would file an appeal. However, there is no evidence of the existance of an "Anders Brief" supporting Counsel's decision for-or-against an appeal.

(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☐                              N/A

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☑     No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: Motion to file a late Appeal

Name and location of the court where the motion or petition was filed:

United States District Court Southern Dist. Florida

Docket or case number (if you know): Docket # 256, Case # 1:13-CR 20364

Date of the court's decision: (Pending)

Result (attach a copy of the court's opinion or order, if available):

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☐      *Pending*

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): 

Date of the court's decision: 

Result (attach a copy of the court's opinion or order, if available):

N/A

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

N/A

13.   Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

Petitioner has not been afforded an opprotunity to file an appeal in this matter

14.   Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?      Yes ☒      No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Motion to file a late appeal U.S. District Court, Southern District of Florida Docket # 256

AO 243 (Rev. 01/15)                                                                 Page 11

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the
      you are challenging:

      (a)  At the preliminary hearing:

      _____Unknown_____

      (b)  At the arraignment and plea:

      _____unKnown_____

      (c)  At the trial: Helaine Batoff, Federal Public Defender's Office
      150 N. Flagler Street, Miami, FL 33130-1556

      (d)  At sentencing:

      _____Same as above_____

      (e)  On appeal:

      _____NoNe_____

      (f)  In any post-conviction proceeding:

      _____None_____

      (g)  On appeal from any ruling against you in a post-conviction proceeding:

      _____"Pending"_____

16.   Were you sentenced on more than one court [court] of an indictment, or on more than one indictment, in the same court
      and at the same time?          Yes ☐        No ☑

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are
      challenging?          Yes ☐        No ☑

      (a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

      _____

      (b)  Give the date the other sentence was imposed:  _____N/A_____

      (c)  Give the length of the other sentence:  _____N/A_____

      (d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or

      sentence to be served in the future?          Yes ☐        No ☐

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
      why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

This Petition is filed in a timely manner within the one year AEDPA's limitation period. There was an Amended Judgment entered on 12/30/2014 (see Docket # 26).

AO 243 (Rev. 01/15)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                                    Page 13

Therefore, movant asks that the Court grant the following relief: Petitioner ask that this court reverse his sentence, and resentence him to the statutory guideline sentence without the 12 level (mystery) enhancement or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on December 27, 2015 .
(month, date, year)

Executed (signed) on December 27, 2015   (date)

Gufran Ahmed Kauser Mohammed
Signature of Movant

~~If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.~~

Additionally, Petitioner states that where at present he is being held in "Administrative Detention" through no ~~felt~~ fault of his own (some one made a verbal threat) against me, Nonetheless, I will be released in several days - I've been informed. However, I wish to file a seperate Memorandum of law, and request additional time to complete and submit such. Also I am requesting that I be allowed to Proceed in forma Pauperis (there is no last page) i.e., go i forma pauperis.

Petitioner also respectfully request that the court clerk, please send him a "filed stamped copy" of this form, Petitioner states that he is unable to obtain copies here in the Hole - SHU/Admin Detention.      Thank you G.M.

Royland Rice
Reg # 75255-011
FCI Mendota
P.O. Box 9
Mendota, CA 93640

December 26, 2015

Dear Clerk,

I am mailing this Petition on behalf
of Gufran Mohammed (using my name)
on the (outer mailing envelope) because
often Mr. Mohammed's mail is tampered
with. (I've done this for him in the past)
twice. Please don't ask me to explain.
Its just that his mail always gets lost,
or comes back.

Thank you for your consideration

FCC

Royland Rice
Reg # 75255-011
F.C.I Mendota
P.O. Box 9
Mendota, C.A 93640



C/0 Clerk, United States District Court
For Wilkie D. Ferguson, Jr.
United States CourtHouse
400 North Miami Avenue
Miami, Florida 33128-7716

Legal-Mail

Case 1:14-cr-20364-DMM   Document 261   Entered on FLSD Docket 01/05/2016   Page 14 of 15

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE