UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-20019-UU

GUFRAN AHMED KAUSER MOHAMMED,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.

_____/

**ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION**

This Cause is before the Court on the Movant's *pro se* Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (the "Motion"). D.E.1.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on January 23, 2017 issued a Report (the "Report") (D.E. 11) recommending that the Motion be denied and no certificate of appealability issue. Neither party filed objections to the Report. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge White's recommendation and concurs in all of his findings.  Accordingly, it is

ORDERED AND ADJUDGED that the Report, D.E. 11, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the Motion, D.E. 1, is DENIED and this case is

CLOSED. It is further

ORDERED AND ADJUDGED that no certificate of appealability issue.

DONE AND ORDERED in Chambers in Miami, Florida, this /8 day of February, 2017.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Gufran Ahmed Kauser Mohammed, *pro se*